FILED by \_\_**DD**\_\_ D.C.

Feb 21, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-60056-CR-SCOLA/HUNT**

18 U.S.C. § 875(c)
18 U.S.C. § 2261A

UNITED STATES OF AMERICA

vs.

BRANDON MICHAEL FLEURY,

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

During all times relevant to this Indictment:

1. Defendant Brandon Michael FLEURY lived in the state of California. The Defendant controlled and used multiple accounts through the interactive computer service and electronic communication service of Instagram, Inc. with usernames that included "nikolas.killed.your.sister," "angie.and.lola," "nik.taunts_," "teddykillspeople," "the.douglas.shooter," "bullseyetauntsyou.__," "tedtheabductor," "nikolasthemurderer," "bullseyeteaseshisvictims," "nikolas.the.murderer," and "bullseye.taunts.and.teases."

2. Instagram, Inc. ("Instagram") operated an interactive computer service and electronic communication service accessible to users all over the world through mobile phones and electronic devices using the Internet. Users of the service established Instagram accounts and chose their own unique username to associate with their account. Instagram allowed its users to

1

create their own profile pages, post photos, post comments on other users' photos, and send direct messages to other Instagram users. One Instagram user could "mention" another Instagram user in a message, comment, or post by typing the "@" symbol followed immediately by the other user's Instagram username. When one user "mentioned" another, the "mentioned" user would receive a notification, which displayed the content of the comment or post.

3. On February 14, 2018, gunman Nikolas Cruz fatally shot seventeen people at Marjory Stoneman Douglas High School, in Parkland, Florida ("the MSD shooting").

4. Victim 1 was a survivor of the MSD shooting and lived in the Southern District of Florida. Victim 1's sister was one of the seventeen people killed in the MSD shooting. Victim 1 had an Instagram account using Instagram Username 1.

5. Victim 2 was a survivor of the MSD shooting and lived in the Southern District of Florida. Victim 2's best friend was one of the seventeen people killed in the MSD shooting. Victim 2 had an Instagram account using Instagram Username 2.

6. Victim 3 lived in the Southern District of Florida. Victim 3's son was one of the seventeen people killed in the MSD shooting. Victim 3 had an Instagram account using Instagram Username 3.

## COUNT 1

7. The General Allegations section of this Indictment is re-alleged and fully incorporated herein by reference.

8. On or about December 25, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON MICHAEL FLEURY,**

2

did knowingly and willfully, that is, with the intent to communicate a true threat and with knowledge that it would be viewed as a true threat, transmit in interstate commerce a communication, specifically an Instagram post made using an account with username "teddykillspeople," containing a threat to kidnap another person and injure the person of another, that is Victims 1, 2, and 3, in violation of Title 18, United States Code, Section 875(c).

## COUNT 2

9.   Paragraphs 1-4 of the General Allegations section of this Indictment is re-alleged and fully incorporated herein by reference.

10.   From in or about December 2018, through on or about January 11, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON MICHAEL FLEURY,**

did, with the intent to harass and intimidate, use an interactive computer service and electronic communication service and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1, in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 3

11.   Paragraphs 1-3 and 5 of the General Allegations section of this Indictment is re-alleged and fully incorporated herein by reference.

12.   From in or about December 2018, through on or about January 11, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON MICHAEL FLEURY,**

did, with the intent to harass and intimidate, use an interactive computer service and electronic communication service and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 2, in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 4

13. Paragraphs 1-3 and 6 of the General Allegations section of this Indictment is re-alleged and fully incorporated herein by reference.

14. From in or about December 2018, through on or about January 11, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON MICHAEL FLEURY,**

did, with the intent to harass and intimidate, use an interactive computer service and electronic communication service and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 3, in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JARED M. STRAUSS
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| BRANDON MICHAEL FLEURY, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

Miami ____ Key West ____
FTL _X_ WPB ____ FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take    _3-5_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   |     |                  |     |           |     |
   |-----|------------------|-----|-----------|-----|
   | I   | 0 to 5 days      | _X_ | Petty     |     |
   | II  | 6 to 10 days     |     | Minor     |     |
   | III | 11 to 20 days    |     | Misdem.   |     |
   | IV  | 21 to 60 days    |     | Felony    | _X_ |
   | V   | 61 days and over |     |           |     |

6. Has this case been previously filed in this District Court?    NO    (Yes or No)
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    Yes    (Yes or No)
   If yes:
   Magistrate Case No.    19-MJ-6026-Snow
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    1/18/2019
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case?    NO    (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____Yes    _X_ No

_____
JARED M. STRAUSS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501264

Penalty Sheet(s) attached                                            REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **BRANDON MICHAEL FLEURY**

Case No: _____

Count #: 1

Interstate Threats

In violation of Title 18, United States Code, Section 875(c)

* **Max. Penalty:**  Five (5) years' imprisonment; $250,000 fine, and three (3) years' supervised release.

Counts #: 2-4

Cyberstalking

In violation of Title 18, United States Code, Section 2261A(2)(B)

***Max. Penalty:**  Five (5) years' imprisonment; $250,000 fine, and three (3) years' supervised release.

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.