UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  19-60056-CR-SCOLA

UNITED STATES OF AMERICA

v.

BRANDON MICHAEL FLEURY,

      Defendant.

_____/

**GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER**

 The United States hereby files this response to the Standing Discovery Order.  This response also

complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.    1.     Enclosed, please find copies of an audio\video recording which contains statements made by the defendant.

      2.     In addition to the audio/video recording described above, attached is the portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent.

      3.     No defendant testified before the Grand Jury.

      4.     This Office has found no prior criminal record for the defendant.

      5.     Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at:  the Office of the United States Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Florida.  Please call the undersigned to set up a date and time that is convenient to both parties. Please call the undersigned with 48 hours notice if you intend to review the evidence at this date and time.

          The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

6.      Forensic examination of electronic devices seized from the defendant are ongoing.  The United States will provide copies of reports from those examinations upon request when completed.

B.      DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.      The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

D.      The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

E.      The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.      No defendant was identified in a lineup, show up, photo array or similar identification proceedings.

G.      The government has advised its agents and officers involved in this case to preserve all rough notes.

H.      The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b).  Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.      The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that

has been unsealed in accordance with 18 U.S.C §2518.

J.        The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.        No contraband is involved in this indictment.

L.        The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.        The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.        The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.  These stipulations will be discussed at the discovery conference.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response are a USB hard drive containing numbered pages 00001-01095, as well as compact discs numbered 1-5.   Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


By:    /s  Jared M. Strauss
       JARED M. STRAUSS
       ASSISTANT UNITED STATES ATTORNEY
       Court ID No. A5501264
       500 E. Broward Blvd., Suite 700
       Ft. Lauderdale, Florida 33394
       (954) 356-7255 (telephone)
       (954) 356-7336 (fax)
       jared.strauss@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.


/s Jared M. Strauss
JARED M. STRAUSS
Assistant United States Attorney


## **SERVICE LIST**
United States v. Brandon Michael Fleury
Case No. 19-60056-CR-SCOLA
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Jared M. Strauss<br>Assistant United States Attorney<br>500 E. Broward Blvd., Suite 700<br>Ft. Lauderdale, Florida 33394<br>Email: jared.strauss@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Brandon Michael Fleury | Daryl E. Wilcox<br>Assistant Federal Public Defender<br>One Broward Blvd., Suite 1100<br>Ft. Lauderdale, Florida 33301<br>Email: daryl_wilcox@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |