UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60056-CR-SCOLA/HUNT

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

BRANDON FLEURY,
    Defendant.
_____/

**NOTICE OF INTENT TO RELY ON EXPERT EVIDENCE OF
DEFENDANT'S MENTAL CONDITION**

The defendant, Brandon Fleury, through counsel, pursuant to Federal Rule of Criminal Procedure 12.2(b), hereby provides Notice to the United States that Mr. Fleury intends to introduce expert evidence relating to a mental disease of defect or any other mental condition which bears on the issue of guilt.

On February 21, 2019, a Grand Jury sitting in the Southern District of Florida returned an indictment charging Mr. Fleury with four criminal offenses: one count of transmitting in interstate commerce, a communication containing a true threat to kidnap and injure the person of another, in violation of 18 U.S. C. § 875(c); and three counts of using a facility of interstate commerce to engage in a course of conduct reasonably expected to cause substantial emotional distress with intent to harass and intimidate three separate victims.

Mr. Fleury intends to assert that he suffers from a mental defect or mental condition that bears on the issue of his guilt. Additionally, Mr. Fleury intends to

1

introduce expert evidence to establish the mental defect or mental condition that bears on his guilt. Mr. Fleury will comply with all notice and discovery obligations regarding such expert testimony.

                              Respectfully submitted,

                              MICHAEL CARUSO
                              FEDERAL PUBLIC DEFENDER

By:   *s/Daryl E. Wilcox*
       Daryl E. Wilcox
       Assistant Federal Public Defender
       Florida Bar No. 838845
       One E. Broward Boulevard, Suite 1100
       Fort Lauderdale, FL 33301-1842
       (954) 356-743
       Daryl_Wilcox@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: *s/Daryl E. Wilcox*
Daryl E. Wilcox