UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60056-CR-SCOLA/HUNT

UNITED STATES OF AMERICA

vs.

BRANDON MICHAEL FLEURY,

    Defendant.
    _____/

## UNOPPOSED MOTION FOR MENTAL EXAMINATION

The United States of America, by and through the undersigned counsel, respectfully requests that this Court order the Defendant to submit to a mental examination by the Government's expert, pursuant to Fed. R. Crim. P. 12(c)(1)(B).

1. On February 21, 2019, the Grand Jury returned an Indictment charging the Defendant with one count of transmitting a threatening communication in interstate commerce, in violation of Title 18, United States Code, Section 875(c), and three counts of cyberstalking, in violation of Title 18, United States Code, 2261A(2)(B).  The charges stem from a series a threatening and harassing messages that the Defendant posted on the social media platform Instagram targeting relatives and friends of victims of the shooting at Marjorie Stoneman Douglas High School in Parkland, Florida.  The Defendant, using various different usernames, including "nikolas.killed.your.sister," "teddykillspeople," "nik.taunts_," "the.douglas.shooter," and "nikolasthemurderer," repeatedly taunted and harassed the recipients of the messages by celebrating the deaths of their loved ones, goading them to cry, and, in at least one message,

1

threatening to kidnap them.  The case is currently set for trial during the two-week calendar beginning June 24, 2019.

2. On March 12, 2019, the Defendant filed a Notice of Intent to Rely on Expert Evidence of Defendant's Mental Condition.  [DE #24].  In the Notice, the Defendant made clear his intent to introduce expert evidence that he suffers from a mental defect or mental condition that bears on the issue of his guilt, under Fed. R. Crim. P. 12(b)(1).  The Defendant has not yet disclosed a summary of any anticipated expert testimony or other evidence regarding the Defendant's mental condition.

3. Under Fed. R. Crim. P. 12(c)(1)(B), "[i]f the defendant provides notice under Rule 12.2(b) the court may, upon the government's motion, order the defendant to be examined under procedures ordered by the court."  An order requiring such an examination is warranted in order to ensure that the Government has a full and fair opportunity to address and rebut the Defendant's anticipated evidence.

4. The Government has retained Dr. Park Dietz of Park Dietz & Associates, Inc. to conduct a mental health examination of the Defendant in order to rebut the defendant's anticipated expert evidence.

5. The Defendant is on bond and residing in Santa Ana, California.

6. The Government proposes that the Court order the following procedures for its expert's examination of the Defendant:

   a. The Defendant should submit to a two-day interview and examination by Dr. Park Dietz and members of his staff, currently scheduled for May 15 and 16, 2019.

    b.  The interview and examination will take place in southern California, at the United States Attorney's Office in Santa Ana, California, or at another office to be designated by the Government.

    c.  Dr. Dietz will video and/or audio record his interview and examination of the Defendant in order to assist in preparation of his report. Any recordings, and resulting transcripts, will be disclosed to the Defendant's counsel.

    d.  If the Defendant provides a written summary of his own expert's conclusions (as required by Fed. R. Crim. P. 12(b)(1)(C)(ii)) after the Government's expert has already conducted his examination of the Defendant, the Defendant must submit to a further examination by the Government's expert if requested.

7.    The undersigned has conferred with counsel for the Defendant, Assistant Federal Public Defender Daryl Wilcox, who indicated that he has no objection to this motion.

For the foregoing reasons, the United States respectfully requests that the Court order the Defendant to submit to a mental examination by the Government's expert.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s Jared M. Strauss
JARED M. STRAUSS
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501264
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
(954) 356-7255 (telephone)
(954) 356-7336 (fax)
jared.strauss@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of April, 2019, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              s/ Jared M. Strauss
                                              JARED M. STRAUSS
                                              Assistant United States Attorney