**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 1 | Photo of comments from nikolas.killed.your.sister ("I killed your sister" to "I took a shit on her grave") | | | |
| 2 | Photo of comments from nikolas.killed.your.sister ("You mad, Jesse? Come on, cry for me" to "You mad, Jess? Come on and cry a little! I MURDERED YOUR SISTER WHOO-HOO") | | | |
| 3 | Photo of comments from nikolas.killed.your.sister ("You want me to get the death penalty?" to "I killed Jaime") | | | |
| 4 | Photo of comments from nikolas.killed.your.sister ("Want me to get the chair?" to "You'll never see them again") | | | |
| 5 | Photo of comments from nikolas.killed.your.sister ("They had their whole lives ahead of them" to "Your grief is my joy") | | | |
| 6 | Photo of comments from nikolas.killed.your.sister ("I killed Jaime and it was fun" to "I took Jamie away from you" | | | |
| 7 | Photo of direct message from nikolas.killed.your.sister ("I killed your sister. It was fun" at top) | | | |

**GOVERNMENT'S  EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 8 | Screenshot of comments by angie.and.lola ("East some poop, baby" to "Dead huh?") | | | |
| 9 | Screenshot of comments by angie.and.lola and bulleyetauntsyou.__ ("Nikolas killed her" to "Hey you! Hahaha!  Hey orphan!") | | | |
| 10 | Screenshot of comments by bullseyetauntsyou.__ and angie.and.lola ("eat that for Jaime, and cry a little" to "Yoo-hoo!  Nikolas took Jaime away from you so cry for me plz") | | | |
| 11 | Screenshot of comments by nik.taunts_ ("Hey Jesse, hahaha!  Come at me, bud" to "I'm her murderer") | | | |
| 12 | Screenshot of comments by nik.taunts_ ("I stole your sister's future, buddy.  With the power of my AR-15" to "She had her whole life ahead of her and I stole it") | | | |
| 13 | Screenshot of comments by nik.taunts_ and angie.and.lola ("Gonna cry for Jaime" to "Nikolas murdered your loved ones") | | | |
| 14 | Screenshot of comments by nik.taunts_ and teddykillspeople ("I stole Jaime from you" to "I'm your abductor") | | | |

**GOVERNMENT'S  EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 15 | Screenshot of comments by teddykillspeople ("I'm your abductor" to "I killed Janice Ott and Denise Naslund") | | | |
| 16 | Photo of comments by tedtheabductor ("Nikolas murdered your friends and teachers" to "I kidnapped them and killed them both on July 14, 1974") | | | |
| 17 | Photo of tedtheabductor profile | | | |
| 18 | Screenshot of comments from nikolasthemurderer ("I took away Jaime's future" to "Helena Ramsay had her whole life ahead of her but I stole that") | | | |
| 19 | Screenshot of comments from bullseyeteaseshisvictims and nik.taunts_ ("Hey orphan" to "I'm the Douglas shooter") | | | |
| 20 | Screenshot of comments from nik.taunts_ ("I'm the Douglas shooter" to "With my AR-15") | | | |
| 21 | Screenshot of comments from nik.taunts_ and teddykillspeople ("All the other kids with the pumped up kicks" to "Sup blood, I'm a murderer. A serial killer" | | | |

**GOVERNMENT'S  EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 22 | Screenshots of comments from teddykillspeople ("I killed Janice Ott and Denise Naslund" to "Hahaha") | | | |
| 23 | Screenshots of comments from nik.taunts_ ("Hey you!  I killed Scott Beigell" to "I killed Jamie and Scott Beigel") | | | |
| 24 | Screenshots of comments from bullseyeteaseshisvictims ("Hey orphan" to "I taunt you orphan!") | | | |
| 25 | Screenshots of comments from the.douglas.shooter ("With the power of my AR-15, I take your loved ones away from you" to "I killed Scott Beigel, fool") | | | |
| 26 | Screenshots of comments from the.douglas.shooter ("I shoot through the window" to [gun emojis]) | | | |
| 27 | Screenshots of comments from the.douglas.shooter ("I shot and killed Alex Schachter" to "I killed Scott!  With the power of my AR-15") | | | |
| 28 | Screenshots of comments from the.douglas.shooter ("Let's play!  It's me Nikolas!" to "I'm the monster that killed your family") | | | |

**GOVERNMENT'S  EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 29 | Screenshots of comments from the.douglas.shooter ("I'm a murderer.  It's what I do, fool" to "I'm a homicidal outrage, motherf***ers!") | | | |
| 30 | Screenshots of comments from the.douglas.shooter ("All the other kids with the pumped up kicks" to "I killed your favorite teacher") | | | |
| 31 | Screenshots of comments from the.douglas.shooter ("I killed Scott Beigel" to "With the power of my AR-15, you all die") | | | |
| 32 | Screenshot of comments from the.douglas.shooter ("Martin Duque died a virgin" to "Jaime Guttenberg died a virgin") | | | |
| 33 | Screenshot of comments from nikolas.the.murderer_ and dani.dont.give.two.fucks ("I sold them at" to "Nikolas killed your loved ones huh?") | | | |
| 34 | Screentshot of comments from dani.dont.give.two.fucks ("Nikolas killed Scott Beigel in cold blood" to "Jaime was murdered a virgin, hun") | | | |
| 35 | Screenshot of comments from "dani.dont.give.two.fucks" ("#ForeverA14YearOldVirgin" to kiss emojis) | | | |

**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 36 | Screenshot of comments from "the.douglas.shooter" ("With the power of my AR-15, I take your loved ones away from you PERMANENTLY" to "I killed her ass") | | | |
| 37 | Comments from Nikolas.killed.your.sister to Lexie Sealy (12/22/2018 8:46 UTC "I'm a murderer") | | | |
| 38 | Comments from Nikolas.killed.your.sister to Lexie Sealy (12/22/2018 8:48 UTC "Did you like my Valentine's gift?") | | | |
| 39 | Comments from Nikolas.killed.your.sister to Lexie Sealy (12/22/2018 9:01 UTC "I killed your friends baby girl") | | | |
| 40 | Comments from Nikolas.the.murderer_ to Lexie Sealy (01/10/2019 7:44 UTC "It's me Nikolas Cruz!") | | | |
| 41 | Drawn map of house | | | |
| 42 | Tablet (non-cracked screen) | | | |

**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 43 | Samsung Tablet (cracked screen) | | | |
| 44 | Photograph of 3 tablets behind dresser | | | |
| 45 | Photograph of 2 tablets behind dresser | | | |
| 46 | Photograph of tablet screen showing email addresses | | | |
| 47 | Recording of Defendant's statement | | | |
| 48 | Transcript of Defendant's statement | | | |
| 49 | Disc with contents of Exhibit 42 | | | |

**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 50 | Disc with contents of Exhibit 43 | | | |
| 51 | Disc with Instagram search warrant response | | | |
| 52 | Nikolas.killed.your.sister Instagram records | | | |
| 53 | Angie.and.lola Instagram records | | | |
| 54 | Teddykillspeople Instagram records | | | |
| 55 | Tedtheabductor Instagram records | | | |
| 56 | Dani.dont.give.two.fucks Instagram records | | | |

**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 57 | Bullseyetauntsandteases Instagram records | | | |
| 58 | Bullseyeteaseshisvictims Instagram records | | | |
| 59 | Nik.taunts_ Instgram records | | | |
| 60 | Gold.digger.lola Instagram records | | | |
| 61 | The.douglas.shooter Instagram records | | | |
| 62 | Nikolasthemurderer Instagram records | | | |
| 63 | Nikolas.the.murderer Instagram records | | | |

**GOVERNMENT'S  EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 64 | Bullseyetauntsyou.__ Instgram records | | | |
| 65 | Summary exhibit of Instagram accounts | | | |
| 66 | Cox Communications record for IP address 68.5.103.67 | | | |
| 67 | Photograph of Alex and Max Schachter from Samsung tablet | | | |
| 68 | Photograph of Guttenberg family from Samsung tablet | | | |
| 69 | Photograph of Jesse Guttenberg from Samgsung tablet | | | |
| 70 | Screenshot of Jesse Guttenberg tweet from Samsung tablet | | | |

**GOVERNMENT'S  EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 71 | Ted Bundy photograph | | | |
| 72 | Teddykillspeople profile screenshot | | | |
| 73 | Picture of Nikolas Cruz in baseball cap | | | |
| 74 | Screenshot of comments by nikolas.killed.your.sister | | | |
| 75 | Picture of Nikolas Cruz in red shirt | | | |
| 76 | nikolasthemurderer profile screenshot | | | |
| 77 | Picture of Nikolas Cruz with hearts | | | |

**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 78 | Picture of Nikolas Cruz in uniform | | | |
| 79 | Screenshot of comments by the.douglas.shooter | | | |
| 80 | Angie.and.lola picture | | | |
| 81 | Screenshot of comments by angie.and.lola and bullseyetauntsyou.__ | | | |
| 82 | Screenshot of comments by bullseyeteaseshisvictims | | | |
| 83 | Screenshot of comments to @andrewpollackfl | | | |
| 84 | Screenshot of Instagram warning re: comment on @andrewpollackfl post | | | |

**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 85 | Screenshot of Gmail messages to Cameron Kasky | | | |
| 86 | Screenshot of Tweet by @cameron_kasky | | | |
| 87 | Fleury selfie | | | |
| 88 | Photograph of Ted Bundy | | | |
| 89 | Photograph of Ted Bundy (mug shot) | | | |
| 90 | Instagram Messages between Angie & Lola and pocliberty (12/22/2018) | | | |
| 91 | Comments from "Nikolas J. Cruz" (nikolasthemurderer) to @cameronkasky (12/31/2018) | | | |

**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 92 | Instagram messages from Bullseye ("bullseye.taunts.and.teases") to @jesse.hockey (01/11/2019) | | | |
| 93 | Comments from "Nikolas Jacob Cruz" ("the.douglas.shooter") (01/10/2019) ("You let your guard down") | | | |
| 94 | Instagram message from "Nikolas Jacob Cruz" ("the.douglas.shooter") to pocliberty (01/11/2019) | | | |
| 95 | Instagram messages from "Angie & Lola) to mohiz_ali (01/11/2019) | | | |
| 96 | Summary exhibit for @jesse.hockey | | | |
| 97 | Summary exhibit for @lexie.sealy | | | |
| 98 | Summary exhibit for @maxschachter | | | |

**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 99 | Comments from Angie.and.Lola to @maxschachter ("Nikolas killed your little boy") | | | |
| 100 | Comment by nik.taunts_ to @maxschachter ("I killed your little boy Mr. Schachter") | | | |
| 101 | Comment by nik.taunts_ to @maxschachter ("I robbed him of his future") | | | |
| 102 | Comments by nik.taunts_ to @maxschachter ("How's your Christmas without him") | | | |
| 103 | Comments by nik.taunts and teddykillspeople ("I'm your abductor") | | | |
| 104 | Comments from Nikolas.killed.your.sister to Max Schachter (12/22/2018 8:52 UTC "I killed your son") | | | |
| 105 | Comments from Nikolas.killed.your.sister to Max Schachter (12/22/2018 8:56 UTC "Hahaha I killed Alex") | | | |

**GOVERNMENT'S EXHIBIT LIST: UNITED STATES OF AMERICA v. BRANDON MICHAEL FLEURY, 19-60056-CR-RUIZ**
**JARED STRAUSS AND AJAY ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS**

| Exh. # | DESCRIPTION OF EXHIBIT | I.D. (DATE) | ADMITTED (Y/N) (DATE) | WITNESS |
|---|---|---|---|---|
| 106 | Comments from the.douglas.shooter to Max Schachter and others (01/10/2019 1:18 UTC "I shot and killed Alex Schachter") | | | |
| 107 | Nikolas Jacob Cruz (the.douglas.shooter) to Max Schachter and others (1/11/2019) ("Hahaha, I'm the Douglas shooter. SCREAM!") | | | |
| 108 | Nikolas Jacob Cruz (nik.taunts_) to Max Schachter (12/25/2019) (I shot Alex dead Mr. Schachter) | | | |
| 109 | Angie.and.lola to Max Schachter (12/25/2019) (How's Alex, hun?) | | | |
| 110 | Danielle Berkeley to Jesse Guttenberg, Max Schachter and others (01/11/2019) | | | |
| 111 | Certificate of Authenticity from Facebook (for Instagram records) | | | |
| 112 | Certificate of Authenticity from Cox Communications | | | |