UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60056-CR-RUIZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON FLEURY,

        Defendant.

_____/

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE DURING TRIAL

The defendant, Brandon Fleury, through counsel, respectfully requests that the Court modify conditions of his pretrial release to delete the special condition of electronic monitoring, during the pendency of the trial, and in support thereof, Mr. Fleury states:

1. Mr. Fleury is charged with threat interstate transmission of threat to kidnap, in violation of 18 U.S. C. § 875(c); and three of internet stalking, in violation of 18 U.S.C. § 2261A(2)(B). The trial of this matter is scheduled to commence on Tuesday, October 2, 2019, and is anticipated to conclude around October 8, 2019

2. On January 28, 2019, the Court set conditions of pretrial release which include home confinement and electronic monitoring. (DE 10).

3. Mr. Fleury resides in Santa Ana California and is travelling to Fort Lauderdale with his father on Saturday, September 28, 2019.

1

4.	Mr. Fleury will encounter difficulties travelling with the electronic monitoring.

5.	The United States Probation Office in the Central District of California have advised that they would need a Court order before they can remove the electronic monitoring device.

6.	The government is opposed to the relief herein sought.

WHEREFORE, the defendant, Mr. Fleury, respectfully request that the Court modify the conditions of pretrial release to delete the special condition of electronic monitoring, during the pendency of the trial.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:	*s/Daryl E. Wilcox*
    Daryl E. Wilcox
    Assistant Federal Public Defender
    Florida Bar No. 838845
    One E. Broward Boulevard, Suite 1100
    Fort Lauderdale, FL 33301-1842
    (954) 356-743
    Daryl_Wilcox@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

            By: *s/Daryl E. Wilcox*
               Daryl E. Wilcox