UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60056-RAR

**UNITED STATES OF AMERICA**,

v.

**BRANDON MICHAEL FLEURY**,

    Defendant.

_____/

## ORDER FINDING COMPETENCY

THIS CAUSE came before the Court on January 15, 2020 for a hearing pursuant to 18 U.S.C. § 4241(a) to address the mental competency of the Defendant, Brandon Michael Fleury. *See* Order Granting Motion to Determine Present Mental Condition of Convicted Person Suffering from Mental Disease or Defect [ECF No. 121]. For the reasons stated in open court—including Dr. Manuel E. Gutierrez's December 11, 2019 Forensic Evaluation—the Court finds that Defendant is competent to proceed with sentencing. *See Battle v. United States*, 419 F.3d 1292, 1299 (11th Cir. 2005). Specifically, the Court finds that Defendant has a "sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding" and he has a "rational and factual understanding of the proceedings against him." *Wright v. Sec'y for Dep't of Corr.*, 278 F.3d 1245, 1256 (11th Cir. 2002) (internal quotations and citation omitted); *see also Cooper v. Oklahoma*, 517 U.S. 348, 354 (1996); *Dusky v. United States*, 362 U.S. 402, 402 (1960).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of January, 2020.

_____
**RODOLFO A. RUIZ**
**UNITED STATES DISTRICT JUDGE**