IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-60056-CR-RUIZ

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

BRANDON FLEURY

  Defendant.
_____/

## MOTION FOR LEAVE TO FILE BRANDON FLEURY'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW, the Defendant, Brandon Fleury, by and through undersigned counsel, and hereby moves this Honorable Court for the entry of an Order accepting her Objections to the Presentence Investigation Report (PSI) (DE 148), as timely filed. As grounds in support thereof, counsel states as follows:

1. The PSI was originally disclosed on November 11, 2019. At that time, Mr. Fleury was sent to Butner, NC to be psychologically evaluated. Mr. Fleury did not return to the Southern District of Florida until January 14, 2020. At that time counsel was preparing for an extended trial which did not conclude until February 6, 2020. Since then, Counsel has reviewed the PSI with Mr. Fleury and prepared objections to the PSI.

2. This request is not based on lack of diligence or any factors unrelated to the amount of time spent reviewing records, researching, contemplating, drafting, and revising Mr. Fleury's objections.

3. Counsel has reached out to AUSA Ajay Alexander, but has been unable to obtain his position at the time of the filing of this motion.

WHEREFORE, Brandon Fleury respectfully requests that this Court grant the relief sought above and enter an Order for leave to file her objections to the PSI as timely.

Respectfully submitted,

/s/ Sabrina Puglisi
Sabrina Vora-Puglisi
Fla. Bar No. 0324360

Puglisi Law
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8063
Fax: (305) 379-6668
Email: sabrina@puglisilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2020, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the United States Attorney's Office, District of Colorado.

/s/ Sabrina Vora-Puglisi
Sabrina Vora-Puglisi, Esq.