IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-60056-CR-RUIZ

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

BRANDON FLEURY

  Defendant.
_____/

**<u>DEFENSE'S MOTION FOR LEAVE TO FILE SENTENCING EXHIBITS UNDER SEAL</u>**

      COMES NOW, the Defendant, Brandon Fleury, by and through undersigned counsel, and hereby moves this Honorable Court for the entry of an Order allowing the defense to file sentencing exhibits A, B and D under seal. As grounds in support thereof, the undersigned counsel represents the following:

1. The defense intends to file a sentencing memorandum and request in support of a downward variance. In support of their arguments, it intends to make specific reference to Report by Dr. Lynda Geller (Exhibit A), Report by prison consultant Maureen Baird (Exhibit B), and Sentencing Mitigation Video (Exhibit D).

2. Each of the documents and recordings identified in Paragraph 1 were not admitted into evidence at trial and thus, are not part of the record. To ensure the sufficiency of the record, undersigned counsel moves to have each of these exhibits filed under seal. Based on the nature of the examinations and the confidential information discussed, it would be in the best interest for these documents to remain under seal.

3. AUSA Ajay J. Alexander, attorney for the United States, does not oppose the motion.

WHEREFORE, Brandon Fleury respectfully requests that this Court grant the relief sought above and enter an Order for leave to file the identified sentencing exhibits under seal.

Respectfully submitted,

/s/ Sabrina Puglisi
Sabrina Vora-Puglisi
Fla. Bar No. 0324360

Puglisi Law
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8063
Fax: (305) 379-6668
Email: sabrina@puglisilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the United States Attorney's Office, District of Florida.

/s/ Sabrina Vora-Puglisi
Sabrina Vora-Puglisi, Esq.