**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>19-60056-CR-RUIZ</u>**


**UNITED STATES OF AMERICA**

**vs.**

**BRANDON MICHAEL FLEURY,**

     **Defendant.**
_____/

## <u>GOVERNMENT'S SENTENCING MEMORANDUM AND</u><br><u>MOTION FOR UPWARD VARIANCE</u>

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this sentencing memorandum and motion for upward variance. For the reasons set forth below, the United States requests that this Court impose the statutory maximum term of imprisonment of twenty years – five years as to each count of conviction and served consecutive to one another.

### **OFFENSE CONDUCT**

#### <u>The Victims Testified</u>

On October 1, 2019, M.S. – a grieving father whose son died during the Marjorie Stoneman Douglas High School shooting ("MSD shooting") – entered the federal courthouse in Fort Lauderdale, took the witness stand, and testified. When asked to describe his son for the jury, M.S. became emotional. He spoke of his love for his son and the memories that he had with him, recalling how his son was just a happy boy who brought so much joy to those around him. His son's death devastated M.S., completely shattering his world. After having lost his wife years

earlier, M.S. buried his son alongside her, hoping that she would keep a watchful eye over him.

The next day, J.G. – the protective older brother whose sister died in the MSD shooting – took the witness stand and testified. He talked about how much his sister meant to him, describing in detail about how they used to spend their time laughing, watching television, and playing with their dogs. After his sister's passing, J.G. could not fathom how he and his parents could ever function as a "family" without her. Her passing left a lasting void in his heart.

F.G. – the heartbroken father whose daughter (J.G.'s sister) died in the MSD shooting – testified immediately after his son. F.G. thought the world of his daughter, beaming with joy as he recalled how much she meant to everyone around her. He reminisced about the activities that he and his family would do together before his little girl's death. He spoke about the pain that he and his family felt when they first learned the news and how that moment forever changed their lives. He acknowledged that the only way that he could spend time with his daughter was at a cemetery. Her memory continues to live on in him.

Lastly, L.S., a sixteen-year-old who still attends the Marjorie Stoneman Douglas High School, took the witness stand. L.S. described how she and her best friend (J.G.'s sister and F.G.'s daughter) grew up together. They were competitive dancers and enjoyed spending their free time together just like other teenage girls. Two years ago, at the age of 14, L.S. survived the MSD shooting and confronted death in a way that no one, especially someone so young, should ever have to do. That moment forever changed the way L.S. looked at the world.

For the victims, their pain and grief persists even to this day. After all that they had endured from the MSD shooting, the victims had every right to take their time and grieve in peace. Unbeknownst to them, during the time when they were grieving their losses, someone on the other

side of the country stalked their social media presence and began plotting on how to exploit their insecurities and vulnerabilities for his own sexual gratification.

Brandon Michael Fleury

Brandon Michael Fleury's criminal conduct stemmed from his deep fascination with aggressive people with violent tendencies. He admitted that certain mass murderers and serial killers – as identified below – sexually aroused him. Not only was Fleury physically attracted to these vile beings, he derived pleasure from the manner in which they exerted their dominance, power, and control over their targets. These facts paint the truest portrait of the man who cyberstalked and mercilessly harassed, intimidated, and threatened the family and friends of those murdered in the MSD shooting ("the victims").

The murderers and killers who aroused Fleury include but is not limited to the following:

| NAME | NOTORIETY | FLEURY'S RESPONSE |
|------|-----------|-------------------|
| Nikolas Cruz | On February 14, 2018, Nikolas Cruz entered the Marjory Stoneman Douglas High School in Parkland, Florida, with an AR-15 assault rifle and viciously murdered seventeen individuals, consisting of both students and teachers. | Fleury considered Cruz physically attractive and developed a fascination for "what he did" (Ex. 1, at 4).[1]<br><br>Fleury admitted to having "a lot of fantasies about Cruz. It is what it is" (Ex. 1, at 20). |
| Theodore "Ted" Bundy | Ted Bundy kidnapped, raped, and murdered approximately thirty women in at least seven different states.[2]<br>Bundy is one of history's most notorious serial killers. | Fleury considered Ted Bundy to be attractive (Ex. 2, at 93),[3] and sexually arousing (Ex. 2, at 99).<br>What interested Fleury about Bundy was the fact that "for a while he got away with it" (Ex. 1, at 92-93). Fleury also |

---

1 "Ex. 1" refers to the transcript of Fleury's post-*Miranda* interview, a copy of which has been filed under seal.
2 The Execution of Ted Bundy (January 31, 2020), https://abc7ny.com/5894904/.
3 "Ex. 2" refers to the transcript of Dr. Park Dietz' interview of Fleury, a copy of which has been filed under seal.

|  |  | developed an interest in Bundy because he was "the last person that anyone would expect" (Ex. 1, at 34).<br><br>Fleury had saved over 2,000 images of Bundy on one of his tablet devices (Trial testimony of FBI Special Agent Cameron McDowell). |
|---|---|---|
| Eric Harris | Eric Harris and another high school student, Dylan Klebold, murdered twelve students and one teacher at the Columbine High School in Colorado.[4] Prior to the MSD shooting, the Columbine shooting was the deadliest school shooting in American history. | Between Harris and Klebold, Fleury held a deeper attraction towards Harris. He described Harris as "hateful, vengeful, and aggressive" (Ex. 2, at 94). He considered Harris to be physically attractive (Ex. 2, at 94). |
| Zodiac Killer | The Zodiac Killer is an unidentified American serial killer involved in the murder of approximately six people in northern California in the late 1960s.[5] The Zodiac Killer sent taunting letters and phone calls explaining why he committed the murders, demonstrating an interest in astrology and occult religious thoughts.[6] | Fleury developed an obsession with the Zodiac Killer (Ex. 2, at 86) and would repeat various quotes, including, "[T]hey were shot with a Luger and I'm the one that did it" and "If you – if you people really believed I was gonna put a bomb on a bus, you all should have holes in your heads" (Ex. 2, at 87-88). |
| T.J. Lane | On February 27, 2012, T.J. Lane entered a high school cafeteria and used a .22 caliber firearm to murder three students. Lane pled guilty to aggravated murder and other related charges. At his sentencing, Lane unbuttoned his blue shirt to reveal a white t-shirt with the word "KILLER" | Fleury found Lane sexually arousing "because he had murdered people and then he taunted the families in the court room . . . He was a dominator, and he was ruthless. (Ex. 2, at 97).<br><br>Fleury's obsession with Lane |

4 Columbine Shooting (May 8, 2019), https://www.history.com/topics/1990s/columbine-high-school-shootings.
5 Zodiac Killer, American Serial Killer, https://www.britannica.com/biography/Zodiac-killer.
6 Id.

4

| | scrawled on the front. Lane then addressed the victims' families with profane imagery before ending with the expletive: "Fuck all of you."[7] | began when he was 14 years old (Ex. 2, at 85-86). |
|---|---|---|

Driven by his sexual desire, Fleury used his tablet devices to research these mass murderers and serial killers. On his devices, he had saved over two thousand images of Ted Bundy, as well as dozens of images of other depraved murderers, including the Columbine shooters, Jeffrey Dahmer,[8] and Nikolas Cruz. When the MSD shooting occurred, Fleury developed an attraction and eventual sexual arousal for Nikolas Cruz. From his infatuation with Cruz, he began researching the MSD shooting. This led him down the path towards stalking the family and friends who lost loved ones in the massacre. In addition to stalking the victims, Fleury had the following located on his tablet devices:

- Fleury kept numerous screenshots of the victims.

- One of the screenshots captured a social media post by J.G. in which he posted a photograph of himself and his sister with the caption, "Happy national siblings day, I miss and I love you so much [sister's name]. Fly high" followed by two heart emojis (Tr. Ex. 114).[9]

- In another screenshot, Fleury saved an image of M.S.' son posted by the "staystrongmsd" group with the caption, "We miss you [MS' son]." One of the comments to that image read, "The more I see their pictures the more pain I feel for the families, for the parents" followed by two broken heart emojis (Tr. Ex. 113).

- In a different screenshot, Fleury kept a family photograph that included F.G., his wife, J.G., and J.G.'s sister (Tr. Ex. 68). At some point, Fleury cropped out

---

[7] Convicted high school shooter T.J. Lane back in custody after prison escape (September 12, 2014), https://www.cnn.com/2014/09/11/justice/ohio-school-shooter-escapes/index.html.
[8] Dahmer killed 17 men in Ohio and Wisconsin.
[9] "Tr. Ex." refers to the trial exhibits now made part of the public record.

the photograph of J.G.'s head and saved that image separately from the family photograph (Tr. Ex. 69). J.G. ultimately ended up being the recipient of the majority of Fleury's messages.

- One of the photographs depicted M.S. and his son when they were attending the high school marching band championship in recent years. In the photograph, M.S.' son wore his marching band uniform. While using the "nikolasthemurderer" username, Fleury wrote, "Little [M.S.' son] will never play music again."

## Impersonating Nikolas Cruz

For months, Fleury obsessed over Nikolas Cruz, the MSD shooting, and the victims in this case. Yet, he chose to remain dormant until the week of Christmas 2018 – the victims' first holiday season since the massacre. At that moment, Fleury unleashed a barrage of harassing, intimidating, and threatening messages towards them. He used approximately thirteen Instagram accounts, relying heavily on those bearing the profile picture of Nikolas Cruz and usernames referencing Cruz' violent conduct. Every time the messages appeared on the victims' devices, Cruz' face stared back at them with a message that reminded them of the harm that he had committed and the violence that he intended to commit in the future.

Throughout the period of his attack, Fleury knew that the victims were vulnerable and still grieving. The evidence appeared all over his electronic devices. Yet, that did not phase him. Nothing about the victims' pain and suffering deterred Fleury from engaging in the type of mental, emotional, and psychological harm that he knew would devastate them, especially in their vulnerable state. As time progressed, it became readily apparent that he did not care, preferring instead to engage in the very behavior that he found sexually arousing in mass murderers and serial killers.

6

A sample of the messages are as follows:

| USERNAME AND PROFILE PICTURE | MESSAGE |
|---|---|
| nikolas.killed.your.sister  | You mad, [J.G.]? Come on and cry a little! I MURDERED YOUR SISTER WHOO-HOO<br><br>With the power of my AR-15, I erased their existence<br><br>Cry for me, [J.G.]. I killed your sister. WHOO!!<br><br>Hahaha she had her whole life ahead of her and I STOLE IT FROM HER<br><br>I took a shit on your sister's grave<br><br>They had their whole lives ahead of them and I fucking stole it from them hahaha<br><br>Your grief is my joy<br><br>With the power of my AR-15, I erased their existence<br><br>I gave them no mercy<br><br>Did you like my Valentines gift? I killed your friends<br><br>[Direct message to J.G.] I killed your sister. It was fun[.] She had her whole life ahead of her and I fucking stole it from her. Hahaha[.] Wanna beat my ass? Come on, [J.G.]. How fucking bad do you wanna beat the shit out of me? [followed by three laughing with tears emojis, one clapping emoji, and three blowing kisses emojis]. Want me to get the death penalty? |

### nik.taunts_



I'm the Douglas shooter

I killed [F.G.'s daughter] hahaha

Hows [M.S.' son]? Hahaha oh that's right i killed him

I shot [M.S.' son] dead, [M.S.]!

I killed your little boy, [M.S.]! Hahaha!

How's your Christmas without [M.S.' son]?

I stole your sister's future, buddy. With the power of my AR-15

All the other kids with the pumped up kicks better run better [sic] run outrun my gun

### the.douglas.shooter



I'm a murderer. It's what I do, fool

Do you like my Valentines gift? I killed your friends

I killed her ass

[F.G.'s daughter] died a virgin

Hahaha! I'm the Douglas shooter! SCREAM!!

With the power of my AR-15, I take your loved ones away from you PERMANENTLY

With the power of my AR-15, you all die

I'm a homicidal outrage, motherf***ers!

I'm the monster that killed your family

| nikolasthemurderer | |
|---|---|
|  | It's me! Nikolas Cruz! Hahaha! I killed your friends<br><br>H.R. (another victim of the MSD shooting) had her whole life ahead of her but I stole that<br><br>Little [M.S.' son] will never play music again<br><br>I took away [F.G.'s daughter] future<br><br>I'm merciless<br><br>I'm the Douglas shooter |
| Teddykillspeople | |
| THEODORE ROBERT BUNDY | I'm your abductor I'm kidnapping you fool<br><br>I killed Janice Ott and Denise Naslund<br><br>I killed Janice Ott and Denise Naslund I kidnapped them and murdered them<br><br>I kidnapped Carol DaRonch too<br><br>I killd Georgann Hawkins, fool<br><br>Hahaha |

| Tedtheabductor | |
|---|---|
| 

THEODORE ROBERT BUNDY | [Profile] Hey baby. I'm your abductor! Scream! I'm kidnapping you! Fuckin' scream! Hahaha! Come on baby. You can do better than that. Fuck it.

Nikolas murdered your friends and teachers but guess what? I murdered Janice Ott and Denise Naslund

I kidnapped them and killed them both on July 14, 1974 |

<u>Living in Fear</u>

From December 22, 2018, through January 11, 2019, the victims continuously received message after message. Because Fleury intentionally masked his identity, the victims had no idea who targeted them or where that individual resided. Some of them genuinely believed that he resided in Parkland, Florida.

The victims lived in constant fear that the individual bombarding them with this vile messages sought to follow in Cruz' footsteps. Having seen firsthand what happens when someone driven by violence and a desire to exert dominance over others follows through on his threats, the victims lived in constant fear that the person targeting them aspired to be the next mass murderer. It was only after all of the evidence of the case had come forth did the victims realize that they were right.

## ADVISORY SENTENCING GUIDELINE RANGE

After a six-day trial, a jury convicted Fleury of one count of interstate threats, in violation of Title 18, United States Code, Section 875(c), and three counts of cyberstalking, in violation of Title 18, United States Code, Section 2261A(2)(B). Although his advisory guideline range is 57-71 months' imprisonment, Fleury faces a maximum sentence of twenty years' imprisonment.

## 18 U.S.C. § 3553(a) FACTORS SUPPORTING AN UPWARD VARIANCE

### Nature and Circumstances of the Offense

Less than a year after the MSD massacre, Fleury engaged in a multi-faceted campaign to harass, intimidate, and threaten family and friends of those who lost loved ones during the MSD shooting. He stalked the victims, engaging in incredibly disturbing behavior by saving photographs of Cruz' victims, as well as photographs of the loved ones mourning their deaths. Fleury then took screenshots of messages that conveyed sorrow, grief, and pain. With all this saved to his tablet, he began to maliciously prey on their vulnerabilities.

He knew they were grieving.

He knew they felt an immense sense of loss.

He knew they were in pain.

He just did not care.

Fleury's criminal conduct clearly stemmed from his insatiable desire to live out his darkest fantasies. He admitted to FBI Special Agents that mass murderers and serial killers, including Nikolas Cruz, Theodore "Ted" Bundy, the Columbine shooters, T.J. Lane, and a comic book assassin named Bullseye, sexually aroused him. Both the aggressor and the act of aggression

stimulated him. The manner in which he conducted himself clearly stemmed from this sexual depravity and the connection that he feels to these murderers.

<u>Fleury's History and Characteristics</u>

Fleury is a cyber predator who resided in California. Prior to being a high school dropout, Fleury accumulated 72 demerits, including but not limited to defiance/insubordination/noncompliance, disruption/defiance/lying, general disruption, possessing matches/lighter, truancy, and tardiness.

It is undisputed that Fleury has autism spectrum disorder ("ASD"). It is also undisputed that every person on the spectrum is unique. Throughout the pendency of the criminal proceeding, multiple medical professionals examined Fleury. First, Dr. Sanjay M. Sahgal, a psychiatrist and a defense-hired expert, conducted a thorough examination of Fleury and determined that Fleury "was capable of understanding the moral wrongfulness of his behavior" (Ex. 3, at 2).[10]  However, he did not stop there:

> [Fleury] was literally unable to access that aspect of a mentally normal individual that would be repulsed by [his criminal conduct]. This doesn't mean that he didn't understand that his behavior was wrong. This doesn't mean that he didn't know that his behavior would cause fear or harm. This doesn't mean that he didn't have the ability to specifically intend to elicit such painful responses from those who read the comments. Indeed, he was aware of all of the above.

(Ex. 3, at 5).

Although Sahgal's examination proved favorable to the United States, it retained Dr. Park Dietz. Dr. Dietz is a nationally-renowned forensic psychiatrist, having been involved in many high profile cases, including the cases of Theodore "Ted" Kaczynski a/k/a "The Unabomber," the

---

10 "Ex. 3" refers to Dr. Sanjay Sahgal's report, a copy of which has been filed under seal.

Boston Marathon bombing, the DC Snipers, Jeffrey Dahmer, and others. In fact, even Fleury's own trial counsel conceded that Dr. Dietz was "one of the country's foremost forensic psychiatrists" (DE 139, at 30).

Dr. Dietz spent eight hours interviewing Fleury in addition to reviewing numerous documents and records associated with Fleury's upbringing. He specifically audio/video recorded his interview to allow anyone to examine the questions that he asked and the manner in which Fleury responded. After conducting an extensive examination of Fleury, Dr. Dietz reached the following conclusion:

> [Fleury] understands that his behavior affects others and understands which behaviors are good or bad and which are right or wrong but he did not and does not care about the effect on others. At the time of the charged acts, he lacked any empathy for his victims or others and lacked any remorse for the effects of his comments on his victims or others. At the time of [Dr. Dietz'] interviews, he continued to lack remorse or empathy for his victims or other recipients or viewers of his comments.

(Ex. 4, at 34).[11]  Curiously, Fleury admitted that he understood the negative effect that his conduct had on his father, brother, and himself, and yet, adamantly refused to show even an ounce of remorse towards the victims.[12]  Dr. Dietz even recognized that Fleury's go-to response that his

---

11 "Ex. 4" refers to Dr. Park Dietz' report, a copy of which has been filed under seal.
12 DR. DIETZ: Has [your conduct] caused any problems for the victims?
  FLEURY: Not really, no.
  DR. DIETZ: Did you cause them any distress?
  FLEURY: No. Anger and annoyance, but other than that, no.
  DR. DIETZ: Do you regret the impact on them?
  FLEURY: Pissing them off? Not really.
  DR. DIETZ: So, your regrets are about what it did to you, and with prompting you agree you regret what it did to
         your family?
  FLEURY: Yeah.
  DR. DIETZ: But you don't regret what it did to the recipients of the Parkland victims?
  FLEURY: I don't think it really did anything to them.

(Ex. 2, at 222-223).

comments would only cause anger and annoyance was "invoked so quickly and repeated so often that the response seemed pre-rehearsed" (Ex. 4, at 34). Dr. Dietz also recognized that

> [c]onsidering the degree to which [Fleury] lacks empathy and the role models with whom he has identified, it would be important regardless of the legal disposition of this case that all possible steps be taken to bar [Fleury] from purchasing or possessing a firearm or from living in a residence in which a firearm is present.

(Ex. 4, at 35). The danger that Fleury poses is clear and if given the opportunity, there is a real danger that he will attempt to follow in the footsteps of the very mass murderers and serial killers that he idolizes.

After realizing that Dr. Sahgal did not help his cause, Fleury quickly hired Dr. Lori Butts to be his expert witness at trial. Unlike Drs. Sahgal and Dietz, Dr. Butts is not a medical doctor. Although she tried to portray Fleury as someone whose ASD severely incapacitated his mental processes, Dr. Butts could not adequately explain her claim that she failed to review the audio/video recording of Dr. Dietz' interview of Fleury. Even on the examinations that she provided to Fleury, she acknowledged that Fleury identified himself as someone who "appreciates when other people are feeling adverse emotions" and "can put [himself] in other people's shoes" (DE 138, at 63). Yet, she claims that, based on her unrecorded interview and interpretation of Fleury's alleged responses, Fleury did not understand that his conduct adversely affected other people. As the trial verdict made clear, the jury rejected Dr. Butts' arguments.

Lastly, Dr. Manuel E. Gutierrez from the Bureau of Prisons examined Fleury in order to ascertain whether a medical facility would be a more appropriate treatment location for Fleury. Dr. Gutierrez found that Fleury warrants a diagnosis of ASD, Level 1 – a diagnosis consistent with the one reached by Dr. Dietz. Dr. Gutierrez ultimately concluded that Fleury did not require hospitalization.

At the end of the day, Fleury's attempt to hide behind his ASD fails. What defines Fleury are the very things that make this case incredibly serious: (1) his sexual arousal of mass murderers and serial killers; (2) his decision to stalk his victims and save screenshots of their lives onto his tablet devices alongside saved images of the very murderers and killers that aroused him; (3) his use of the Nikolas Cruz persona to attack the victims; and (4) his ability to intellectually understand that his conduct can elicit an adverse feeling in others. Clearly, it is not the ASD to blame – it is Fleury himself.

<u>Need to Promote Respect for the Law and Deterrence</u>

All too often, cyber stalkers have used and abused the Internet to harass, intimidate, and threaten others, relying heavily on the anonymity that it provides. The online attacks ranges in both form and severity, often providing a deep insight into the manner in which the cyber stalkers think and operate, especially when they truly believe no one is watching their shoulder.

Fleury is not like most cyber stalkers. Contrary to his repeated claims that he was just a "troll," Fleury's actions sought to inflict serious mental, emotional and psychological harm on those he knew to be in an incredibly vulnerable state. His primary motivation was to replicate the behavior of the mass murderers and serial killers that aroused him and assert his dominance, power, and control over his victims. Such conduct cannot be immune to a severe punishment.

The only reason that Fleury ended his tirade was due to FBI intervention. Although he made damning admissions about his interests and desires during the interview, he consciously minimized the full extent of his culpability. He repeatedly denied any recollection of sending certain messages or operating certain usernames, particularly the messages conveying a threat. His

attempts to deny knowledge or recollection of the most damaging messages speaks volumes about his knowledge and understanding at the time of his interview.

Moreover, Fleury's refusal to show any remorse for his conduct at any point prior to trial is aggravating. The fact that his videotaped allocution – which he made specifically for his sentencing – includes a half-hearted apology warrants no weight. Clearly, he has failed to show any true remorse for his conduct and only saying what he believes needs to be said in order to obtain a favorable sentence.

<u>Need to Protect the Victims and the Public</u>

February 14, 2018, began like any other day. None of the students who attended Marjorie Stoneman Douglas High School thought that day could be their last. None of their parents, siblings, or friends believed that this day would end any differently than any other day. A day reserved for celebrating love, happiness, and joy ended in violence and mayhem. Seventeen innocent souls lost their lives at the hands of a deranged psychopath armed with an AR-15 assault rifle. The immense loss felt that day left an indelible mark on everyone, especially the immediate family and friends of those who died.

The victims in this case carry the memories of their loved ones with them everywhere they go. Since that fateful day, they had no choice but to slowly pick up the pieces of their lives and continue moving forward. They took each day one step at a time, learning to grieve in their own ways. They trudged forward through the uncertainty that laid ahead, guided by the belief that they will be okay.

Everything changed with Brandon Michael Fleury. While the victims grieved, Fleury stalked. He saved photographs of the victims and their loved ones on his tablet devices – the same

devices that he used to store images of the very serial killers and mass murderers that he found sexually arousing. Then, when he knew the victims would be most vulnerable, he attacked. For what felt like an eternity, he tormented them, mercilessly bombarding them with one hateful message after another. The power, control, and dominance that Fleury exerted over the victims sought to shatter any semblance of security that they had. He succeeded.

After what happened on February 14, 2018, the victims never imagined someone actively interfering their time to grieve for sexual gratification. Never could they have imagined that, while in the midst of grieving, they would be thrown into the middle of a federal criminal trial and face their attacker. Never could they have imagined that the perpetrator of the MSD shooting was someone that the newest threat to their safety found sexually arousing. Never could they have imagined that they would again live in fear that danger was knocking on their door. They did not deserve any of this – and justice does not allow it.

The victims deserve justice. They deserve to live in peace and with the belief that they are safe and secure. The law provides for a statutory maximum of five years for each count of conviction. Running the statutory maximum as to each count consecutively to one another would yield a total sentence of twenty years' imprisonment. If this is what the law will allow, then that is how far the sentence must reach in order for justice to prevail. Until the day the shackles around Fleury's wrists and ankles are removed, the victims deserve to know that they can finally live their lives in peace.

**CONCLUSION**

For the reasons stated above, this Court should grant the United States' motion for upward

variance and sentence Brandon Michael Fleury to a term of imprisonment of twenty years.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s *Ajay J. Alexander*
AJAY J. ALEXANDER
Assistant United States Attorney
Court ID No. A5502506
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
(954) 660-5778 (telephone)
(786) 385-4604
ajay.alexander@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the February 28, 2020, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Ajay J. Alexander*
AJAY J. ALEXANDER
Assistant United States Attorney

19